710 A.2d 1138

**Christine D. CHASE and Leroy G. Chase, Petitioners**

v.

**NATIONAL FUEL GAS CORPORATION, Respondent.**

Supreme Court of Pennsylvania.

June 1, 1998.

*AMENDED ORDER*

PER CURIAM:

AND NOW, this 1st day of June, 1998, we **GRANT** the Petition for Allowance of Appeal and we **REVERSE** the order of the Superior Court. We **REMAND** the matter to the Court of Common Pleas of Erie County consistent with this Court's opinion in *Jacobs v. Halloran*, 551 Pa. 350, 710 A.2d 1098 (1998) and *Marino v. Hackman*, 551 Pa. 369, 710 A.2d 1108 (1998).

SAYLOR, J., did not participate in the consideration or decision of this matter.